| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

RODNEY POULLARD, JR.,     §
            §
    Plaintiff,    §
            §
*versus*         §  CIVIL ACTION NO. 1:07-CV-38
            §
JOHN M. BLACK, *et al.*,    §
            §
    Defendants.   §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Rodney Poullard, Jr., a prisoner confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, brought this civil rights action pursuant to 42 U.S.C. § 1983 against John M. Black, Hilary S. Flood, Shakieth Bell, John M. Moriarty, David A. Doughty, Joe Smith, Gary John, Brad Livingston, and Timothy Lester.

The court ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the case with prejudice pursuant to 28 U.S.C. § 1915(e).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

<u>O R D E R</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 30th day of March, 2007.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

2